UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANDRA D. WHITE,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>   Defendant. | CASE NO. C08-5048RBL<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation, [Dkt. #19], and the remaining record, does hereby find and ORDER:

 (1) The Court adopts the Report and Recommendation;

 (2) The administrative decision is AFFIRMED; and

 (3) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 23rd day of December, 2008.

         /s/ Ronald B. Leighton
         RONALD B. LEIGHTON
         UNITED STATES DISTRICT JUDGE

ORDER
Page - 1