# United States District Court

WESTERN DISTRICT OF WASHINGTON

SANDRA D. WHITE

       v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5048RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. The administrative decision is AFFIRMED.

    March 6, 2009                       BRUCE RIFKIN
                                                                  Clerk

                                                             Jennie L. Patton
                                                             Deputy Clerk